ADALINE WRIGHT, *Respondent, v.* ISABELLA S. CONGER, *Appellant, Impleaded, etc.* — Judgment affirmed, with costs. Opinion by LEARNED, P. J.

IN THE MATTER OF THE ATTORNEY-GENERAL *v.* THE CONTINENTAL LIFE INSURANCE COMPANY. (MATTER OF HANCY.) — Order affirmed, with ten dollars costs and printing disbursements. Opinion by LEARNED, P. J.

MATTER OF THE SUPERINTENDENT OF THE INSURANCE DEPARTMENT *v.* THE GLOBE MUTUAL LIFE INSURANCE COMPANY. — Order reversed, motion denied, without costs.

HENRY C. HARVEY and another, *Appellants, v.* GEORGE VAN DYKE, *Respondent.* — Order reversed, with ten dollars costs and printing disbursements, and motion granted, with ten dollars costs. Opinion by BOCKES, J., and by LEARNED, P. J., dissenting.